IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAYSON JOHNSON**  **PLAINTIFF**
**#939234**

v.   No. 4:25-cv-00383-LPR-BBM

**RICK D. NASH**, *et al.*  **DEFENDANTS**

## ORDER

On April 21, 2025, Jayson Johnson, an inmate at the Pulaski County Regional Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On April 24, 2025, the Court entered an Order denying Mr. Johnson's motion to proceed *in forma pauperis* and directing Mr. Johnson to either pay the $405 filing fee or file a new motion to proceed *in forma pauperis* within thirty (30) days.[2] The Court warned Mr. Johnson that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

Mr. Johnson has not complied with, or otherwise responded to, the April 24, 2025 Order, and the time for doing so has expired. Accordingly, Mr. Johnson's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of June 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.*